1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

### SCHEDULE "B"

### Tract No. SDC-IMB-104

**PUBLIC USES:**

The public purpose for which said land is taken is to facilitate the construction, installation, operation, and maintenance of roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.