**SCHEDULE "C"**

**Tract No. SDC-IMB-104**

LEGAL DESCRIPTION

A PORTION OF SECTION 3, IN TOWNSHIP 19 SOUTH, RANGE 2 WEST, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY NO. 20127, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 14, 2008 AS FILE NO. 2008- 0137280. BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF SAID SECTION 3; THENCE NORTHERLY ALONG THE EASTERLY LINE OF SAID SECTION 3, NORTH 00°28'56" EAST, 230.72 FEET; THENCE LEAVING SAID EASTERLY LINE OF SAID SECTION 3, NORTH 73°58'04" WEST, 198.60 FEET TO THE BEGINNING OF A TANGENT 1,025.00 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY, A RADIAL BEARING TO SAID POINT BEARS SOUTH 16°01'56" WEST; THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 09°42'06", 173.56 FEET; THENCE SOUTH 21°02'49" WEST, 368.74 FEET TO A POINT ON THE SOUTHERLY LINE OF SAID SECTION 3, THENCE EASTERLY ALONG SAID SOUTHERLY LINE OF SAID SECTION 3, SOUTH 89°37'09" EAST, 483.33 FEET TO THE POINT OF BEGINNING.

SAID      DESCRIPTION      CONTAINING      2.81      ACRES,      MORE      OR      LESS.